JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTIC CAPITAL CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN S. HOLDEN, III,<br><br>          Defendant. | Case No.  CV 24-6145-GW-AJRx<br><br>**ORDER TO DISMISS** |

Based upon Plaintiff's Notice of Dismissal [22], filed on November 27, 2024, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: December 2, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE