J. ALEXANDRA RHIM (SBN 180636)
**LEVINSON ARSHONSKY**
**KURTZ & KOMSKY, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile:   (818) 382-3433
E-Mail:       arhim@lakklawyers.com

Attorneys for Plaintiff Celtic Capital Corporation

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELTIC CAPITAL CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs <br><br> JOHN S. HOLDEN III, an individual, <br><br> Defendant. | CASE NO. CV 24-6145-GW-AJR <br><br> **JUDGMENT** |

**JUDGMENT**

The Court, having reviewed the Stipulation for Entry of Judgment by and between Plaintiff Celtic Capital Corporation, a California corporation ("Celtic" or "Plaintiff") and Defendant John S. Holden III ("Defendant"), and such other related documents, and GOOD CAUSE APPEARING,

It is hereby ORDERED, ADJUDGED AND DECREED that Judgment be and hereby is entered in favor of Plaintiff as follows:

**Against Defendant John S. Holden III in the amount of $383,497.54.**

Dated: April 22, 2025

_George H. Wu_
_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP